**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 96.57.99.138**

**ISP:** Optimum Online
**Physical Location:** Oakland, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/14/2016 11:57:00 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 08/30/2016 01:09:02 | 10C8FDC59DD77464D9A3719D1CF858AC322A15A0 | Apartment Number Four |
| 08/01/2016 11:04:02 | 57FE10B6B3ECDECFDFE1A9E13F5C7187EDEF0299 | Two Cocks In Karla |
| 08/01/2016 10:58:11 | 85631A7C4BECA79D10519CF299C4222EF3FC854B | The Cock Teaser |
| 07/23/2016 16:57:07 | CA05BEEA4160AA8CE6D40729CF807C9C83C10A99 | Infinite Luvv |
| 05/01/2016 21:02:50 | 09991A767E6D7A74336DB34CF9065D7AD49280E8 | A Fucking Picnic |
| 04/13/2016 15:45:14 | 1FC1268A5DAB4594AE21B3A0485421FB34402E79 | This Is What Heaven Looks Like |
| 03/29/2016 00:05:05 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |
| 03/28/2016 23:44:58 | 73B88A9B713DFC6084C683487AAEAF743AA93289 | No Turning Back Part #2 |
| 03/28/2016 23:36:34 | 0A03FABE8B34753DE33F854DDBC58E9540F49703 | From Three to Four |
| 03/28/2016 23:32:56 | 78AAFD48F844DD74B51EE25B9A2F3FA57B807DD5 | All I Want for Christmas |
| 03/19/2016 22:32:32 | 03673C517BBF05A205C3CD3E21960D648CDC9369 | Girls Just Want To Have Fun |
| 03/15/2016 11:03:11 | 048BE03E1D8A2BD6A35047641EBA9D7983118FE5 | UnBREElievable |
| 01/21/2016 11:55:44 | 1093CE2D9F99F39AFA62657F4FD35621CE1C0DEC | Kacey Jordan Does Xart |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A