Case 2:17-cv-01321-WJM-MF Document 6-1 Filed 05/22/17 Page 1 of 2 PageID: 96

Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 96.57.99.138,<br><br>    Defendant. | Case No. 2:17-cv-01321-WJM-MF |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

Case 2:17-cv-01321-WJM-MF Document 6-1 Filed 05/22/17 Page 2 of 2 PageID: 97

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until August 25, 2017 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this  9  day of  June , 2017

By: _____
HON. MARK FALK, U.S.M.J.