UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 96.57.99.138,<br><br>            Defendant. | Case No. 2:17-cv-01321-WJM-MF |

### ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which It Has to Serve Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until October 25, 2017 to effectuate service of a summons and Second Amended Complaint upon Defendant.

SO ORDERED this 29 day of Aug., 2017.

By: _____
UNITED STATES DISTRICT JUDGE

**MARK FALK**
**U.S. Magistrate Judge**