## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/25/2017 at 8:15 pm |
| NAME OF SERVER (PRINT) ERIC GRUBOY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): DOCUMENTS WERE SERVED ON 10/25/2017 at 8:15 PM ON TIM MCMANUS at 100 GREENWOOD AVENUE, HASKELL, NJ 07420 BY DELIVERING A TRUE COPY TO SAM MCMANUS - DAUGHTER OF TIM MCMANUS. SHE IS DESCRIBED AS A WHITE FEMALE, TEENS, RAINBOW HAIR, 130 lbs, 5'7"

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/26/2017
                Date

Signature of Server

PO BOX 25066
NEWARK, NJ 07102
Address of Server

DOCUMENTS TO BE SERVED:
1) SUMMONS ON AMENDED COMPLAINT
2) AMENDED COMPLAINT - ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT
3) EXHIBITS

WE SERVE NJ, LLC, PO BOX 25066, NEWARK, NJ 07102