# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**MARK FALK**
UNITED STATES MAGISTRATE JUDGE

USPO & COURTHOUSE
**1 FEDERAL SQ., ROOM 457**
**NEWARK, NJ 07101**
**(973) 645-3110**

January 9, 2018

**COUNSEL OF RECORD**

### LETTER ORDER PURSUANT TO RULE 16

> Re:   **Malibu Media, LLC v. McManus**
> **Civil Action No. 17-1321 (WJM)**

Dear Counsel:

A scheduling conference shall be conducted before the Undersigned on **February 13, 2018** at **11:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Courtroom 9, Newark, New Jersey.  See Fed. R. Civ. P. 16.1 and L. Civ. R. 16.1(a).

Counsel are advised that the early disclosure requirements of Fed. R. Civ. P. 26 will be enforced.  Therefore, counsel shall immediately exchange the following information without a formal discovery request:

- contested facts,

- identities of individuals likely to have knowledge of discoverable facts,

- documents and things in the possession of counsel or the party,

- identities of experts and their opinions,

- insurance agreements in force, and

- statement of the basis for any damages claimed.

At least fourteen (14) days prior to the conference scheduled herein, counsel shall personally meet and confer pursuant to Fed. R. Civ. P. 26(f), and shall submit a discovery plan to the undersigned not later than 72 hours prior to the conference with the Court.  The discovery plan may include a summary of the status of settlement negotiations.

At the conference with the Court, all parties who are not appearing <u>pro</u> <u>se</u> must be represented by counsel who shall have full authority to bind their client in all pretrial matters. Clients or persons with authority over the matter shall be available by telephone.  See <u>L. Civ. R.</u> <u>16.1(a)</u>.

**Counsel for plaintiff(s) shall notify any party who hereafter enters an appearance of the above conference and forward to that party a copy of this Order.**

The parties must advise this Court immediately if this action has been settled or terminated so that the above conference may be canceled.

Failure to comply with the terms herein may result in the imposition of sanctions.

**SO ORDERED.**

      /s/    Mark Falk              
**MARK FALK**
**United States Magistrate Judge**