# LESLIE A. FARBER, LLC

ATTORNEYS AT LAW

ACADEMY SQUARE
33 PLYMOUTH STREET, SUITE 204
MONTCLAIR, NEW JERSEY 07042-2607
973.509.8500  x 213
973.860.1174 (fax)

E-mail:  LFarber@LFarberLaw.com
Web page:  www.LFarberLaw.com

February 5, 2018

William T. Walsh, Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    **Malibu Media LLC vs. Tim McManus**
              **Case No. 2:17-cv-01321 (WJM-MF)**

Dear Mr. Walsh:

This firm represents the defendant in this matter.

Pursuant to L. Civ. R. 7.1(d)(5), please allow this letter to serve as a request for automatic extension of plaintiff's Motion to Dismiss defendant's Counterclaim [Dkt. 22], presently returnable February 20, 2018.  The previously noticed motion day has not been previously extended or adjourned.  In accordance with the court rules, the new return date shall be March 5, 2018, defendant's opposition shall be due on February 19, 2018, and plaintiff's reply, if any, shall be due on February 26, 2018.

                                         Respectfully submitted,
                                         LESLIE A. FARBER, LLC

                                         /s/ Leslie A. Farber
                       By:    Leslie A. Farber

cc:    Patrick J. Cerillo, Esq. *(via ECF)*