# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. | 4 WALTER FORAN BLVD | BASKING RIDGE OFFICE |
| *pjcerillolaw@comcast.net* | SUITE 402 | 88 SOUTH FINLEY AVENUE |
| *Qualified Family Mediator per R. 1:40 | FLEMINGTON, NJ 08822 | BASKING RIDGE, NJ 07920 |
| | VOICE: (908) 284-0997 | |
| | FAX: (908) 284-0915 | **REPLY TO:** |
| | | FLEMINGTON OFFICE |

February 26, 2018

**VIA ELECTRONIC FILING**
Clerk of the United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Malibu Media, LLC v. John Doe
      Case No: 2:17-cv-01321-WJM-MF

Dear Clerk:

With regard to the above-referenced matter, Docket Entry #27 was filed in error and is not linked to this case. The correct document was then filed in Docket Entry #28. Please remove the entry from the Docket since it does not pertain to this case. Thank you.

                Very truly yours,

                */s/ Patrick J. Cerillo*

                Patrick J. Cerillo, Esquire

PJC/cpf
Cc:   Malibu Media, LLC
      Leslie Farber, Esq.