Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TIM MCMANUS, <br><br> Defendants. | Case No. 2:17-cv-01321-WJM-MF |

**PLAINTIFF'S, MALIBU MEDIA LLC, NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO ADD PARTY DEFENDANT**

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 15 and Local Rules 7.1, and 78.1, hereby files its Notice of Motion for its Motion For Leave to File Second Amended Complaint to Add Party Defendant, as more fully appears in the accompanying Motion and Incorporated Memorandum of Law (Exhibit "A" hereto), and states as follows:

1. A brief in support of this motion and proposed order are filed contemporaneously herewith as Exhibit "A."
2. A proposed Second Amended Complaint and its exhibits are filed contemporaneously herewith as Exhibit "B."
3. A proposed Order is filed contemporaneously herewith as Exhibit "C."

1

4.  Pursuant to Local Rules 7.1 and 78.1, this motion is made returnable before Honorable Judge William J. Martini on motion day April 2, 2018.
5.  Plaintiff **does not request oral argument**.

**WHEREFORE,** Plaintiff, Malibu Media, LLC, respectfully requests entry of an order:

(A)  Granting leave for Plaintiff to files its proposed Second Amended Complaint; and,
(B)  Granting Plaintiff such other and further relief as this Court deems just and proper.

Dated: March 1, 2018                                            Respectfully submitted,

By:    /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all parties through this system.

By:    /s/ *Patrick J. Cerillo*