Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TIM MCMANUS,<br><br>    Defendants. | Case No. 2:17-cv-01321-WJM-MF |

**PLAINTIFF'S, MALIBU MEDIA LLC, SUPPLEMENT TO NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO ADD PARTY DEFENDANT [CM/ECF 30]**

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 15 and Local Rules 7.1, 15.1(a) and 78.1, hereby files this Supplement to the Notice of Motion for its Motion For Leave to File Second Amended Complaint to Add Party Defendant [CM/ECF 30]:

1. The undersigned has conferred with Defendant's Counsel Regarding the Plaintiff's Motion for Leave to File Second Amended Complaint to Add Party Defendant [CM/ECF 30]. Defendant's counsel advises the Motion is not opposed.

2. Attached hereto as Exhibit "A," in compliance with Local Rule 15.1(a)(2), is a form of the proposed amended pleading that indicates in strike through the materials to be deleted and in underline the materials to be added.

3. A copy of the proposed amended pleading was previously filed with the Notice of Motion and can be found at CM/ECF 30-2.

Dated: March 6, 2018                    Respectfully submitted,

                                        By:    /s/ *Patrick J. Cerillo*
                                               Patrick J. Cerillo, Esq.
                                               Patrick J. Cerillo, LLC
                                               4 Walter E. Foran Blvd., Suite 402
                                               Flemington, NJ 08822
                                               Attorney ID No. 01481-1980
                                               T: (908) 284-0997
                                               F: (908) 284-0915
                                               pjcerillolaw@comcast.net
                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all parties through this system.

                            By:    /s/ *Patrick J. Cerillo*