# LESLIE A. FARBER, LLC
ATTORNEYS AT LAW

ACADEMY SQUARE
33 PLYMOUTH STREET, SUITE 204
MONTCLAIR, NEW JERSEY 07042-2607
973.509.8500  x 213
973.860.1174 (fax)

E-mail:  LFarber@LFarberLaw.com
Web page:  www.LFarberLaw.com

March 8, 2018

Hon. Mark Falk, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07101

    Re:    **Malibu Media, LLC v. John Doe**
              **Case No: 2:17-cv-01321-WJM-MF**

Dear Judge Falk:

Filed simultaneously herewith is a proposed confidentiality order to be entered in the above referenced case.  Opposing counsel consents to the form of this Order.  Although we were told that any such proposed Order should be submitted to the Court by March 7, 2018, it is my understanding that plaintiff's counsel was waiting to hear back from his client before he could indicate his consent or not.

                                            Respectfully submitted,

                                            /s/ Leslie A. Farber
                             By:    Leslie A. Farber

LAF:beg

cc:    Patrick J. Cerillo, Esq. (*Via ECF*)