# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JOHN DOE, Subscriber IP Address,**<br>**TIM MCMANUS,**<br><br>    Defendant. | Civ. No. 2:17-01321<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Plaintiff Malibu Media's motion to dismiss Defendant Tim McManus's counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 22); for the reasons set forth in the accompanying opinion;

**IT IS** on this 4th day of April 2018, hereby,

**ORDERED** that Defendant's motion to dismiss is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Plaintiff's motion is **GRANTED** with respect to Defendant's counterclaim for declaratory relief and that counterclaim is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Defendant's motion is **DENIED** with respect to Defendant's second counterclaim alleging abuse of process.

           */s/ William J. Martini*
           **WILLIAM J. MARTINI, U.S.D.J.**