# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW

PATRICK J. CERILLO*, Esq.     4 WALTER FORAN BLVD     BASKING RIDGE OFFICE
*pjcerillolaw@comcast.net*            SUITE 402               88 SOUTH FINLEY AVENUE
*Qualified Family Mediator per R. 1:40    FLEMINGTON, NJ 08822     BASKING RIDGE, NJ 07920
                                          VOICE: (908) 284-0997
                                          FAX: (908) 284-0915            **REPLY TO:**
                                                                                   FLEMINGTON OFFICE

June 8, 2018

**VIA ELECTRONIC FILING**
The Honorable Mark Falk, M.J.
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:     Malibu Media, LLC v. Tim McManus
         Case No: 2:17-cv-01321-WJM-MF

Your Honor:

      With regard to the above-referenced matter, we received your Order to reschedule the telephone status conference to this coming Wednesday, June 13, 2018 at 4:00PM. I respectfully request the telephone status conference be reschedule until the week of the 18th if possible. I will be away next week from June 12, 2018 through June 15, 2018. I will be away again from July 3 through July 6, 2018.

                                   Very truly yours,

                                   */s/ Patrick J. Cerillo*

                                   Patrick J. Cerillo, Esquire

PJC/cpf
Cc:     Malibu Media, LLC
         Leslie Farber, Esq.