Case 2:17-cv-01321-WJM-MF Document 30-3 Filed 03/01/18 Page 1 of 1 PageID: 304

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TIM MCMANUS, <br><br> Defendant. | Case No. 2:17-cv-01321-WJM-MF |

### [Proposed] ORDER GRANTING PLAINTIFF'S, MALIBU MEDIA, LLC, MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO ADD PARTY DEFENDANT

THIS CAUSE came before the Court on Plaintiff's, Malibu Media, LLC ("Plaintiff"), Motion For Leave to File Second Amended Complaint to Add Party Defendant [CM/ECF 30] (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

(A) Plaintiff's Motion is GRANTED; and,

(B) Defendant's proposed Second Amended Complaint, filed as Exhibit "B" to the Notice of Motion at CM/ECF 30, is deemed filed as of the date of this Order.

SO ORDERED this 19 day of June, 2018.

*and there being no opposition to the motion;*

By: _____
~~WILLIAM J. MARTINI~~
~~UNITED STATES DISTRICT JUDGE~~

**MARK FALK**
**U.S. Magistrate Judge**

1