Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TIM MCMANUS, and GREENWOOD DIGITAL, LLC, <br><br> Defendants. | Case No. 2:17-cv-01321-WJM-MF |

### [~~PROPOSED~~] ORDER ~~GRANTING PLAINTIFF'S UNOPPOSED MOTION TO~~ MODIFYING ~~MODIFY~~ PRETRIAL FACT AND EXPERT DISCOVERY DEADLINES

THIS CAUSE came before the Court on Plaintiff's, Malibu Media, LLC ("Plaintiff"), Unopposed Motion to Modify Pretrial Fact and Expert Discovery Deadlines, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

(A) Plaintiff's Unopposed Motion is GRANTED; and,

(B) The Scheduling Order entered at CM/ECF 26 on February 21, 2018, is hereby amended as follows:

1

I(1) Defendant Greenwood Digital, LLC will serve its Fed. R. Civ. P. 26 disclosures on or before **October 8, 2018**.

II(2) Fact discovery is to remain open through **February 8, 2019**.

II(3) Plaintiff and the new Defendant Greenwood Digital, LLC, may serve upon each other interrogatories limited to twenty-five (25) single questions and requests for production of documents on or before **November 8, 2018**, to be responded to within thirty (30) days of receipt.

VI(21) All affirmative expert reports shall be delivered by **March 25, 2019**, with depositions of those experts to be taken and completed **by May 10, 2019**. See Fed. R. Civ. P. 26(b) (4) (A). Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

VI(22) All responding expert reports shall be delivered by **March 25, 2019**, with depositions of those experts to be taken and completed **by May 10, 2019**. Any such report shall be in the form and content as described above.

SO ORDERED this _17_ day of _September_, 2018.

By: _____
HON. MARK FALK