# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW
4 WALTER FORAN BLVD
SUITE 402
FLEMINGTON, NJ 08822

PATRICK J. CERILLO*, Esq.
*Qualified Family Mediator per R. 1:40

VOICE: (908) 284-0997
FAX: (908) 284-0915
pjcerillolaw@comcast.net

January 16, 2019

**VIA ELECTRONIC FILING**

The Honorable Mark Falk, Magistrate Judge
Courtroom PO 09
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Malibu Media, LLC v. John Doe
      Case No: 2:17-cv-01321-WJM-MF

Dear Judge Falk:

   With regard to the above-referenced matter, we request that the owner of Malibu Media, LLC be allowed to be available by phone since she lives in California and that Malibu Media's general counsel, who is not counsel of record in this matter be designated as the corporate representative who will appear by phone with ultimate authority to settle.

   Please let me know at your earliest convenience so that I can advise my client. We appreciate Your Honor's consideration in this matter.

                              Very truly yours,

                              */s/ Patrick J. Cerillo*

                              Patrick J. Cerillo, Esquire

PJC/cpf
Cc:   Malibu Media, LLC
      Leslie Farber, Esq.

PJC: ADMITTED TO THE BAR OF THE STATE OF NEW JERSEY; ALSO ADMITTED TO FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; ALSO A MEMBER OF THE BAR OF THE UNITED STATES SUPREME COURT.