UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**JUDGE WILLIAM J. MARTINI**                     **DATE:** 4/30/19

Court Reporter: Laurie Engemann

Court Clerk: Gail Hansen

Other:

**TITLE OF CASE:**

Malibu Media, LLC                                 2:17-cv-01321

v. Tim McManus, et al

**Appearances:**

Patrick J. Cerillo, Counsel for Plaintiff

Leslie Ann Farber, Counsel for Defendants

Defendant present

**NATURE OF PROCEEDINGS: HEARING ON ORDER TO SHOW CAUSE**

Why Plaintiff's motion for Voluntary Dismissal with Prejudice of the Plaintiff's Claims and to Dismiss Defendant's Counterclaims should not be denied.

The parties indicated action settled and entered into a confidentiality agreement with respect to the terms of the settlement.

                                        Gail A. Hansen, Deputy

Time Commenced: 12:00 p.m.

Time Concluded: 1:40 p.m.

Total Time: 1 hour 40 minutes