```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

---------------------------
MAILBU MEDIA, LLC.,                 2:17-CV-01321 WJM

       Plaintiff,

v.
                              O R D E R

TIM MCMANUS, et al

       Defendants.
---------------------------

       The parties appearing on April 30, 2019 for a Hearing on the Court's Order to Show and the parties having indicated that the action has been settled; therefore;

       It is on this 1st day of May, 2019

       O R D E R E D that the above captioned matter is hereby dismissed.

                                          s/William J. Martini

                                   _____
                                   WILLIAM J. MARTINI, U.S.D.J.